[No. 2697–2.   Division Two.   September 7, 1978.]

THE CITY OF PORT ANGELES, *Appellant,* v. RICHARD J. NIICHEL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 22583, Jack S. Kurtz, J., entered December 17, 1976. *Reversed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 5486–1.   Division One.   September 11, 1978.]

WILSHIRE INSURANCE COMPANY, *Respondent,* v. DELFRED M. JEFFERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50529, Byron L. Swedberg, J., entered February 16, 1977. *Reversed* by unpublished opinion per Farris, C.J., concurred in by Callow and Ringold, JJ.

[No. 5539–1.   Division One.   September 11, 1978.]

*In the Matter of the Estate of* MARY S. PERNAR.

JOHN P. PERNAR, *Appellant,* v. MICKI McDANIEL, *as Executrix, Respondent.*

Appeal from a judgment of the Superior Court for King County, No. E–210448, Nancy A. Holman, J., entered April 13, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Farris, C.J., and Soule, J.